IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01426

LAURA BOBZIN

    Plaintiff,

vs.

ROCKY MOUNTAIN RESTAURANT GROUP, INC., a Colorado corporation,
dba SALSA BRAVA FRESH MEXICAN GRILL,

    Defendant.

_____

**COMPLAINT AND JURY DEMAND**
_____

Plaintiff, Laura Bobzin ("Bobzin"), by and through her undersigned attorney, for this Complaint against Rocky Mountain Restaurant Group, Inc. ("RMRG"), dba Salsa Brava Fresh Mexican Grill ("Salsa Brava") states as follows:

### Introduction

1. This is action for damages for sex (gender) discrimination and retaliation by Salsa Brava, who employed Bobzin as a waitress. Bobzin complained to management about sexual harassment by another employee. Salsa Brava terminated her employment.

2. Plaintiff states that this action is not related to any other actions filed in this Court or any other Court.

## Jurisdiction and Venue

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Bobzin's claims arise under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e(2)(a)(1) and 2000e(3)(a).

4. Venue is proper in the District of Colorado under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in this District and because Salsa Brava does business and is located in this District.

5. This Court has personal jurisdiction over Salsa Brava because it does business and is found in the District of Colorado, and because the claims set forth herein arise, in whole, from events that occurred in the District of Colorado.

## Parties

6. Bobzin is an adult citizen of the State of Colorado and resides at 2106 Sable Chase Drive, Colorado Springs, CO 80920.

7. At all relevant times, Bobzin was an employee of Salsa Brava at its Rockrimmon location in Colorado Springs.

8. RMRG is a Colorado corporation that operates four (4) Salsa Brava restaurants in Colorado, three (3) in Colorado Springs and one in Highlands Ranch. RMRG also owns and operates Sonterra Grill restaurant in Colorado Springs, three (3) locations of Over Easy restaurants in Colorado Springs, and three (3) locations of Urban Egg Eatery in Colorado.

9. Upon information and belief, RMRG employs over 201 employees throughout all of its restaurants.

## Exhaustion of Administrative Remedies

10.     On August 30, 2016, Bobzin filed a charge of discrimination against Salsa Brava with the United States Equal Employment Opportunity Commission (EEOC) in Denver, Colorado, alleging retaliation because of her protected opposition to sexual harassment by another employee.

11.     On March 14, 2017, EEOC mailed a Notice of Right to Sue letter to Bobzin. This action was commenced within 90 days of Bobzin's receipt of that letter.

## General Allegations

12.     Bobzin began her employment with Salsa Brava in July 2015.

13.     Bobzin was sexually harassed and physically assaulted by two male co-workers in the kitchen at the restaurant: Juanito (last name unknown) and Danny Rivera-Viruet. Juanito gave Bobzin unwelcome hugs, pressing his upper body against hers. Danny was a 40-something year old with a felony criminal record. At the time, Danny lived near the restaurant in an apartment with Jordan Chestnut, then an assistant manager at the restaurant. Bobzin gave Danny and Jordan rides to and from work occasionally.

14.     At the restaurant, Danny made repeated unwelcome comments of a sexual nature to Bobzin, from July to December 2015. Starting at the end of December 2015 and continuing through January and February 2016, he began to pat and grab her buttocks. In mid-February, Danny grabbed Bobzin's butt and she struck him in the chest as hard as she could. A few days later, Danny pushed Bobzin up against the wall, grabbed her breast and buttocks, pushed his groin into hers, put his hand down her pants and touched her groin area, and kissed her on the neck. At the beginning of

March, Danny grabbed Bobzin from behind, pushed her against the wall, pressed his groin against her butt, and held her tightly for 15 seconds. When Danny committed these acts, he cornered Bobzin when they were briefly alone.

15.     From March 20-25, 2016, Bobzin was out of town, and returned to work on Saturday, March 26, 2016.  Before the beginning of her shift, Bobzin talked with Sarah Hurlburt, another Salsa Brava employee. Bobzin told Hurlburt about what Juanito and Danny had been doing to her. They began work at 4:45 p.m.

16.     Shortly thereafter, Hurlburt found Bobzin in the bathroom crying. Juanito had hugged her again. Hurlburt and Bobzin went to Lauren Wooliscroft, the restaurant's manager, where Hurlburt repeated the details that Bobzin had related to her.

17.     Wooliscroft rolled her eyes at Bobzin and expressed skepticism that Danny would commit such acts. Then she asked Hurlburt to leave the room so she could speak with Bobzin alone. Wooliscroft then twice told Bobzin that if she was quitting, she could not expect to get her job back. Bobzin replied she did not want to quit. Wooliscroft directed Bobzin to go home. Then Wooliscroft directed Bobzin to stay in her office while she got another manager.

18.     After waiting for a period, Bobzin left the office to find Wooliscroft, and encountered Jackie Bonneville, the Assistant Manager/Manager on Duty. Bobzin repeated her account to Bonneville.

19.     Wooliscroft asked Bobzin if she would speak with Scott Peavey, Salsa Brava Regional Manager/Director of Operations. Bobzin agreed and they waited in the office for Peavey to arrive. Bobzin again repeated to Peavey what she had told Wooliscroft.

20. Peavey and Wooliscroft both told Bobzin that none of this would have happened had she set better boundaries for herself, and that Bobzin was responsible because she had given rides to Jordan and Danny. Peavey told Bobzin that Danny would be fired. Peavey told Bobzin that she was one of their best employees, that they didn't want to lose her, and that she should expect a call to inform her to which other Salsa Brava location she would be reassigned.

21. On Monday, March 28, 2016, Bobzin contacted Randy Price, owner of RMRG. Bobzin had not received any communication from Peavey, Wooliscroft, or anyone else at Salsa Brava after leaving on Saturday night. Bobzin asked to meet with Price, who agreed, and they met at 9:30 a.m. at Salsa Brava Briargate on Tuesday March 29, 2016. Bobzin brought her friend Trent Nadelen with her to the meeting. Price asked Brandi Wingard (Assistant Manager and bartender at the Briargate location) to participate in the meeting. Bobzin told Price everything that had happened. Price stated that he would look into it promptly. He told Bobzin that he would let her know what would happen to Danny, and would consider allowing Bobzin to work at another RMRG restaurant location.

22. On Wednesday, March 30, at 3:00 p.m., Price and Wingard met again with Bobzin and Nadelen. Price stated that his staff had told him that Bobzin had "thrown her hands up in the middle of a busy shift and quit". Bobzin denied that she had ever quit, and asked about the reassignment she had been promised. Price replied that Bobzin would no longer be working for RMRG. Price told Bobzin that he believed she had put herself in a position of allowing this to happen to her; that he was not inclined to believe

Bobzin because she was "friends" with Danny; and that Bobzin had "invited" Danny's actions because she had hugged other employees.

## FIRST CAUSE OF ACTION:
### Title VII – Gender Discrimination

23. Bobzin realleges and incorporates all previous paragraphs.

24. Salsa Brava, through its agents and its owner, Price, reacted to Bobzin's complaints of male coworker sexual harassment by expressly blaming her for the actions of the men who harassed and assaulted her.

25. Salsa Brava falsely stated that Bobzin voluntarily quit her employment contemporaneous with her presentation of complaints about her male coworkers' sexual harassment of her.

26. Price, on behalf of Salsa Brava, accepted and reinforced the false allegation that Bobzin voluntarily quit. He thereby terminated Bobzin's employment, over her objections.

27. Salsa Brava, through its agents, discriminated against Bobzin based on her sex, by stereotyping her as responsible for the sexual misconduct of her male coworkers.

28. Salsa Brava thereby violated Bobzin's rights under Title VII.

## SECOND CAUSE OF ACTION
### Title VII – Retaliation

29. Bobzin realleges and incorporates all previous paragraphs.

30. By complaining about sexual harassment and assault by her male coworkers to multiple Salsa Brava managers, and to Salsa Brava's owner (Price), Bobzin engaged in protected opposition to employment discrimination.

31.     Salsa Brava's managers and Price told Bobzin she would be reassigned to another RMRG restaurant location.

32.     Salsa Brava did not and does not allege that Bobzin committed any misconduct justifying the termination of her employment.

33.     Instead, Salsa Brava falsely stated that Bobzin quit her job, and is solely responsible for the voluntary self-termination of her employment.

34.     Salsa Brava thereby terminated Bobzin's employment in retaliation for her protected opposition to employment discrimination, in violation of Title VII.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Laura Bobzin, respectfully requests judgment and prays for the following relief:

A.      Nominal damages;

B.      Back pay;

C.      Loss of benefits;

D.      Nonpecuniary and compensatory damages, including damages for emotional distress and consequential damages;

E.      Punitive damages;

F.      Pre- and post-judgment interest at the highest rate allowed by law;

G.      Plaintiff's costs of this action, reasonable attorney fees and reasonable expert witness fees.

H.      All other legal and equitable relief to which Plaintiff is entitled.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Dated:  June 12, 2017

                                        */s/  Gary M. Kramer*
                                        Gary M. Kramer
                                        Gary Kramer Law, LLC
                                        1465 Kelly Johnson Blvd, Suite 210
                                        Colorado Springs, CO 80920
                                        Tel (719) 694-2783
                                        Fax (719) 452-3622
                                        gary@garykramerlaw.com
                                        Attorney for Plaintiff, Laura Bobzin